1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD JOSE DUPREE, Jr.,                    No.  2:14-cv-2866-EFB P

12              Plaintiff,

13        v.                                      ORDER AND FINDINGS AND
                                                  RECOMMENDATIONS[1]
14   BARACK OBAMA,

15              Defendant.

16

17        Plaintiff Richard Dupree is a state prisoner proceeding without counsel in an action

18   brought under 42 U.S.C. § 1983.  He seeks leave to proceed in forma pauperis.  *See* 28 U.S.C.

19   § 1915(a).  However, as explained below, he has not demonstrated that he is eligible to proceed in

20   forma pauperis.

21        A prisoner may not proceed in forma pauperis:

22        if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in
          any facility, brought an action or appeal in a court of the United States that was
23        dismissed on the grounds that it is frivolous, malicious, or fails to state a claim
          upon which relief may be granted, unless the prisoner is under imminent danger of
24        serious physical injury.

25

26   _____

27        [1] Plaintiff did not respond to the court's order directing him to complete and return the
     form indicating either his consent to jurisdiction of the magistrate judge or request for
     reassignment to a district judge.  Accordingly, the clerk will be directed to randomly assign this
28   case to a district judge.

                                              1

1  28 U.S.C. § 1915(g).  Court records reflect that on at least three prior occasions, plaintiff has

2  brought actions while incarcerated that were dismissed as frivolous, malicious, or for failure to

3  state a claim upon which relief may be granted.  *See* (1) *Dupree v. United States District Court*,

4  No. 2:11-cv- 0263-DAD (E.D. Cal. Mar. 24, 2011) (order dismissing action as frivolous); (2)

5  *Dupree v. Santiago*, No. 2:11-cv-309-EFB (E.D. Cal. Feb. 22, 2011) (order dismissing action for

6  failure to state a claim); (3) *Dupree v. Mills*, 2:11-cv-01619-JAM-DAD (E.D. Cal. Mar. 29, 2012)

7  (order dismissing action for failure to state a claim); and (4) *Dupree v. U.S. Copyright Office*,

8  2:11-cv-01700-WBS-KJN (E.D. Cal. July 28, 2011) (order dismissing action as frivolous and for

9  failure to state a claim; also designating plaintiff as a three strikes litigant for purposes of §

10  1915(g)).

11          The section 1915(g) exception applies if the complaint makes a plausible allegation that

12  the prisoner faced "imminent danger of serious physical injury" at the time of filing. 28 U.S.C.

13  § 1915(g); *Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007).  Here, plaintiff's

14  allegations do not demonstrate that he suffered from imminent danger of serious physical injury

15  at the time he filed his complaint.  Thus, the imminent danger exception does not apply.  Because

16  plaintiff has not paid the filing fee and is not eligible to proceed *in forma pauperis*, this action

17  must be dismissed.

18          Accordingly, it is hereby ORDERED that this action be randomly assigned to a United

19  States District Judge.

20          Further, it is hereby RECOMMENDED that

21          1.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) be denied; and

22          2.  This action be dismissed without prejudice to re-filing upon pre-payment of the $400

23  filing fee.

24          These findings and recommendations are submitted to the United States District Judge

25  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26  after being served with these findings and recommendations, any party may file written

27  objections with the court and serve a copy on all parties.  Such a document should be captioned

28  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 23, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3